IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEREMY GREY,

    Plaintiff,

v.                                               Case No. 2:21-cv-2747-MSN-tmp

4140 NORTH THOMAS, LLC.,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed December 02, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Stipulation of Dismissal with Prejudice, filed April 01, 2022, (ECF No. 15), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

April 01, 2022
Date